UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-cr-00297(01) |
| versus | JUDGE WALTER |
| DANIEL DAVID GARZA | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the oral Report and Recommendation of the Magistrate Judge (Doc. 64), and having thoroughly reviewed the record, including the written objections filed (Doc. 69), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Suppress (Doc. 36)** is **DENIED.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 29th day of June, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE